No. 457, Misc. LUCERO *v.* COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 461, Misc. LOMAN *v.* INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 464, Misc. YOUNG ET AL. *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 465, Misc. FREDERICK *v.* BAKER, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 469, Misc. WADE *v.* YEAGER, WARDEN. C. A. 3d Cir. Certiorari denied.

No. 471, Misc. FAIR *v.* ADAMS, SECRETARY OF STATE OF FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 472, Misc. McDANIELS *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 474, Misc. HOLSTEIN *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. *Robert A. Green, Jr.,* for petitioner. *Earl Faircloth,* Attorney General of Florida, and *Raymond L. Marky,* Assistant Attorney General, for respondent.

No. 476, Misc. CASSIDY *v.* RIDDLES. C. A. 4th Cir. Certiorari denied.

No. 477, Misc. MADDOX *v.* NEW YORK. Ct. App. N. Y. Certiorari denied. *Leon B. Polsky* for petitioner.

No. 491, Misc. MARCUM *v.* KENTUCKY ET AL. C. A. 6th Cir. Certiorari denied. *John B. Breckinridge,* Attorney General of Kentucky, and *David Murrell,* Assistant Attorney General, for respondents.